# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ROLAND J. MCKEE, ET AL

    VS                                CASE NO.  3:06cv156/MCR/EMT

USAA GENERAL INDEMNITY COMPANY,

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    November 8, 2006
Type of Motion/Pleading: RULE 41(a) STIPULATION OF PARTIAL VOLUNTARY DISMISSAL AND WITHDRAWAL OF JURY DEMAND
Filed by: PLAINTIFFS & DEFENDANT on 11/8/06    Document 28
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                              on _____   Doc.# _____
                                              on _____   Doc.# _____
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                               /s/ Teresa Cole
                                              Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 17th day of November, 2006, that:

    The requested relief is GRANTED.  Stipulation is noted, stated claims are dismissed, and jury demand is withdrawn.

                                              s/ *M. Casey Rodgers*
                                              M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____

                                  Document No.